### CAROL C. LOWE v. MORTON E. LOWE

The motion by the plaintiff for an order directing the trial court to make a finding in the appeal from the Superior Court in Fairfield County is granted limited to the rulings made at the hearing on May 13, 1966, on the motion for modification and at the hearing on June 30, 1966, on the motion for judgment.

*Sigmund L. Miller,* in support of the motion.

Submitted December 13, 1967—decided January 16, 1968

### STATE OF CONNECTICUT v. ARTHUR SWEENEY

The motion by the defendant for a reduction of bail in the appeal from the Superior Court in New Haven County at Waterbury is dismissed.

*Arthur Sweeney,* pro se, on the motion.

Submitted January 16—decided January 16, 1968

### LAETITIA N. CORBIN v. HOWARD J. CORBIN

The motion by the defendant for a review of the order of the trial court terminating the stay and for oral argument thereof in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*John N. Cole,* in support of the motion.

*Richard Berkowitz,* in opposition.

Submitted December 19, 1967—decided January 23, 1968